DRAM ASSOCIATES ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF CROMWELL

The plaintiffs' petition for certification for appeal from the Appellate Court, 21 Conn. App. 538, is denied.

*William Howard,* in support of the petition.

*Richard W. Tomc* and *John H. Hanks,* in opposition.

Decided June 21, 1990

STATE OF CONNECTICUT *v.* MICHAEL RAUCCI

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 557, is denied.

*Donald D. Dakers,* public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided June 21, 1990